ACCEPTED
01-15-00561-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
7/27/2015 8:19:10 AM
CHRISTOPHER PRINE
CLERK

CASE NO.  01–15–00561–CV

| | | |
|---|---|---|
| CECILIA CLINKSCALE, Appellant, | § § § § § § § § § § § § | IN THE FIRST DISTRICT FILED IN 1st COURT OF APPEALS HOUSTON, TEXAS 7/27/2015 8:19:10 AM CHRISTOPHER A. PRINE Clerk COURT OF APPEALS |
| VS. | | |
| PAUL SCOTT, MGA INSURANCE COMPANY, INCORPORATED ("GAINSCO"), AND GAINSCO AUTO INSURANCE AGENCY, INCORPORATED, Appellee(s). | | HOUSTON, TEXAS |

## AMENDED MOTION FOR EXTENSION OF TIME TO FILE AFFIDAVIT IN SUPPORT OF MOTION TO PROCEED IN FORMA PAUPERIS

TO THE HONORABLE JUDGE OF THIS COURT:

Comes Now, Cecilia Clinkscale, Appellant, in the above styled civil action and files this *Amended Motion For Extension Of Time To File Affidavit In Support Of Motion To Proceed In Forma Pauperis* in compliance with Tex. R. App. P. 10.5, 10.5(b), 20.1, 20.1(c)(3), 25. In this respect, Appellant seeks to show this Court the following:

### I.

Appellant filed a *Motion For New Trial* in the trial court on Monday, May 11, 2015. Because the clerks needed to verify her indigence status, Appellant encountered brief delays getting this *Motion* on the record; nonetheless, the date noted was preserved.

### II.

On or about Wednesday, May 13, 2015, Appellant discussed the above matter with the trial court clerk, and at that time, Appellant inquired into the first available date that the Judge Alexandria Smoots-Hogan (hereinafter, "Judge Smoots-Hogan") could hear her *Motion For New Trial*; the clerk informed Appellant that the next available date to hear her *Motion* was Friday, July 17, 2015. Appellant questioned the long wait; however, she agreed to the date.

### III.

During the week of June 18, 2015, Appellant took notice that a hearing for her *Motion For New Trial* was set for Wednesday, June 24, 2015. *See* Exhibit 1. Appellant probed into this setting, and she learned that the date marked the expiration of the courts plenary power as it related to her *Motion For New Trial*; the trial court clerk informed Appellant that the Judge could still hear her *Motion* on Friday,

July 17, 2015.

## IV.

Wednesday, June 24, 2015, Appellant telephoned the trial court clerk about the status of her *Motion For New Trial.* Few viable options seemed available for redress in the event that Judge Smoots-Hogan could not hear and-or grant Appellant's said *Motion,* so Appellant filed a *Notice of Appeal.*

## V.

The Wednesday, June 24, 2015, *Notice of Appeal* was filed to appeal the trial courts Friday, April 10, 2015, *Order Granting Defendant's Motion For Summary Judgment. See* Exhibit 2.

## VI.

Wednesday, July 1, 2015, Appellant filed an *Amended Notice of Appeal* to appeal the trial courts Friday, April 17, 2015, *Order Granting Defendant's MGA Insurance Company, Inc., and GAINSCO Auto Insurance Agency, Inc.'s Motion To Sever. See* Exhibit 3.

## VII.

Friday, July 10, 2015,[1] Appellant electronically filed a *Notice of Appeal* with the two (2) respective *Orders* attached as Appellant seeks to address both the granting of summary judgment and the severance of her initial cause of action on appeal. Additionally, Appellant filed a *Motion To Proceed In Forma Pauperis* and an *Affidavit In Support Of Motion To Proceed In Forma Pauperis. See* trial court record.

## VIII.

Appellant sought to have this appeal reviewed by the Fourteenth Court of Appeals to avoid simultaneously litigating two (2) unrelated appeals in the same Court. Upon first glance of this Courts case docket, Appellant took notice of the *Notice of Appeal;* however, she did not take notice of the *Motion To Proceed In Forma Pauperis* and *Affidavit In Support Of Motion To Proceed In Forma Pauperis.* Tex. R. App. P. 20.1.

## IX.

Appellant hoped to have had a favorable hearing on her *Motion For New Trial;* however, this did not occur, and given time constraints and pending legal obligations and responsibilities, Appellant was not able to immediately gather all of the items required to support her *Affidavit In Support Of Motion To Proceed In Forma Pauperis.* Tex. R. App. P. 10.5(b)(C).

## X.

Further, the severing of Appellant's trial court case doubled her obligations, and she has other

---

[1] Thursday, July 9, 2015, Appellant finalized her *Notice of Appeal,* and she mailed a hard copy of this *Notice* to parties with an interest in this appeal; an electronic copy of the respective *Notice* was electronically filed after midnight, Friday, July 10, 2015.

cases, pending legal obligations, and responsibilities to which she must adequately tend. Tex. R. App. P. 10.5(b)(C). That Appellant did not file her *Motion To Proceed In Forma Pauperis* and *Affidavit In Support Of Motion To Proceed In Forma Pauperis* with her initial *Notice of Appeal* must not be perceived as negligence, but rather as happenstance given to time constraints. *See Verburgt and Dorner*, 959 S.W. 2d 615 (Tex. 1997). 10.5(b)(C).

## XI.

A *Motion To Extend Time To File Affidavit Of Indigence* can be filed within fifteen (15) days of filing a *Notice of Appeal*. Tex. R. App. P. 20.1(c)(3). Hence, Appellant's *Motion To Extend Time* should have been filed on or about Thursday, July 9, 2015. At a Court's discretion, an untimely affidavit of indigence can be "adequate to fulfill the fundamental purpose of Rule 20.1." *See Higgins v. Randall County Sheriff's Office*, 257 S.W.3d 684. *See also, Castro v. Castro*, 04-14-00785-CV (Tex. App.—San Antonio [4th Dist.] February 23, 2015).

## XII.

Appellant thus requests an extension of time of twenty-one (21) days to account for date that she filed her initial *Notice of Appeal*, Wednesday, June 24, 2015, to this day.[2] Tex. R. App. P. 10.5(b)(B).

## XIII.

Appellant has not previously sought an extension of time for her *Affidavit In Support Of Motion To Proceed In Forma Pauperis*. The extension of time requested is not sought for delay; it is sought to comply with the Rules, and it is not prejudicial to Appellee(s). Tex. R. App. P. 10.5(b)(D).

## CONCLUSION AND PRAYER

Wherefore, Appellant, Cecilia Clinkscale, submits her *Amended Motion For Extension Of Time To File Affidavit In Support Of Motion To Proceed In Forma Pauperis* in the interest of justice, and she respectfully requests this Court to enter an *Order* granting her said *Motion.*

Thereto, Appellant requests the said relief and any additional relief this Court deems proper.

Respectfully submitted,

CECILIA CLINKSCALE
Appellant,
In Propria Persona

---

[2] Thursday, July 16, 2015, Appellant filed her initial *Motion For Extension Of Time To File Affidavit In Support Of Motion To Proceed In Forma Pauperis.*

Dated: 7/27/2015

Post Office Box 42718,
Philadelphia, Pennsylvania 19101
Telephone: (215) 828-4516
Facsimile: (877) 669-1745
Email: cclinkscale@gmail.com

## CERTIFICATE OF CONFERENCE

    I, Cecilia Clinkscale, Appellant, do hereby certify that on this Tuesday, July 14, 2015, I corresponded with Appellees to seek their position(s) on the initial *Motion For Extension Of Time To File Notice Of Appeal*. To date, I have not yet heard back from Appellees regarding that *Motion*, and no objection has been raised otherwise. The relief sought in this *Amended Motion For Extension Of Time To File Notice Of Appeal* is the same as the relief sought in the previous *Motion*. Tex. R. App. P. 10.3(a)(2).

7/27/2015

CECILIA CLINKSCALE
Appellant,
In Propria Persona

Dated: 7/27/2015

## CERTIFICATE OF SERVICE

Pursuant to Tex. R. App. P. 10.3(2), I, Cecilia Clinkscale, Appellant, do hereby certify that on this 27th day of July 2015, a true and correct copy of the attached and foregoing *Amended Motion For Extension Of Time To File Affidavit In Support Of Motion To Proceed In Forma Pauperis* was served upon the recipient listed below in the following manner(s):

Mr. Christopher A. Prine,
Esquire,
Clerk of the Court,
Court of Appeals,
First District of Texas,
301 Fannin Street,
Room 208,
Houston, Texas 77002-2066

Service: Tex.gov e-filing and United States Postal Service, first-class mail.

The Honorable Alexandria Smoots-Hogan,
Judge,
164th District (Civil) Court,
Harris County Civil Courthouse,
201 Caroline Street,
12th Floor,
Houston, Texas 77002

Service: United States Postal Service, first-class mail.

Mr. Chris Daniel,
Esquire,
Harris County District Clerk,
Civil Bureau,
Civil Intake Department,
201 Caroline Street,
Suite 420,
Houston, Texas 77002

Service: United States Postal Service, first-class mail.

Mr. Wes Johnson,
Counsel For Defendants,
Cooper & Scully,
Founders Square,
900 Jackson Street,
Suite 100,

Dallas, Texas 75202

<u>Service</u>: United States Postal Service, first-class mail.

Ms. Gina A. Lucero,
Counsel for Defendant Paul Scott,
Lucero | Wollam, P.L.L.C.,
1776 Yorktown Street,
Suite 100,
Houston, Texas 77056

<u>Service</u>: United States Postal Service, first-class mail.

_____ 7/27/2015

CECILIA CLINKSCALE
Appellant,
In Propria Persona

Dated: _____7/27/2015_____

Office of Harris County District Clerk - Chris Daniel | Case (Cause) Details 201435232-7 - Internet Explorer

http://www.hcdistrictclerk.com/edocs/public/CaseDetails.aspx?Get=6YHw895vUzwgNnn8KvTPIozogEZRTyqrG6DJJ+/4VLZjebyyrtSqrxbsbQqt1U8xOMiq9GITzsYW61wnTyKbJP6ob/7yMkV0rbS5CvRitN8=

# 201435232 - CLINKSCALE, CECILIA vs. SCOTT, PAUL (Court 164)

Chronological History    Print All (non-financial)

| Summary | Appeals | Cost Statements | Transfers | Post Trial Writs | Abstracts | Parties |
| Court Costs | Judgments/Events | Settings | Services/Notices | Court Registry | Child Support | Images |

Click column headings to sort. Click again to toggle direct  Court schedule of hearings and proceedings

Print Settings



| Date | Court | Post Jdgm | Docket Type | Reason | Results | Comments | Requesting Party |
|------|-------|-----------|-------------|--------|---------|----------|------------------|
| 10/26/2015 09:00 AM | 164 | | Trial Setting | Trial on Merits | | | |
| 7/31/2015 09:00 AM | 164 | | Law Day Docket | Motion to Compel Production | | | HINTZ, LISA MICHELLE |
| 6/24/2015 09:00 AM | 164 | | Law Day Docket | MOTION FOR NEW TRIAL | | | |
| 5/22/2015 09:00 AM | 164 | | Law Day Docket | LEAVE TO FILE PLEADING | Passed | PER PLAINTIFF | CLINKSCALE, CECILIA |
| 5/11/2015 09:00 AM | 164 | | Trial Setting | Trial on Merits | Continuance Granted | | |
| 4/17/2015 09:00 AM | 164 | | Law Day Docket | SEVERANCE (TRCP 41) | Granted | | JOHNSON, WESLEY GLEN |
| 4/17/2015 09:00 AM | 164 | | Law Day Docket | MOTION FOR CONTINUANCE (CIVIL) | Granted | | JOHNSON, WESLEY GLEN |
| 4/10/2015 10:00 AM | 164 | | Law Day Docket | SUMMARY JUDG - MTN PARTIAL (TRCP 166A) | Granted | | TOLLENAERE, JOANNA MARY |

**EXHIBIT 1**

[W88]

2/12/2015 4 01 38 PM
Chris Daniel - District Clerk Harris County
Envelope No 4132689
By CHANDA WILLIAMS
Filed 2/12/2015 4 01 38 PM

CAUSE NO. 2014-35232

| | | |
|---|---|---|
| CECILIA CLINKSCALE, | § | IN THE DISTRICT COURT |
| | § | |
| Plaintiff, | § | EXHIBIT 2 |
| | § | |
| V. | § | |
| | § | |
| PAUL SCOTT, MGA INSURANCE | § | HARRIS COUNTY, TEXAS |
| COMPANY, INCORPORATED | § | |
| ("GAINSCO"), AND GAINSCO AUTO | § | |
| INSURANCE AGENCY, | § | |
| INCORPORATED, | § | |
| | § | |
| Defendants. | § | 164TH JUDICIAL DISTRICT |

## ORDER GRANTING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

ON THE _____ Day of April, 2015 the Court heard Defendants MGA Insurance Company, Incorporated ("Gainsco"), and Gainsco Auto Insurance Agency, Incorporated's Motion for Summary Judgment against Plaintiff Cecilia Clinkscale ("Plaintiff") The Court, after carefully reviewing the motion, the relevant law, along with the summary judgment evidence, the arguments of counsel, and the pleadings on file in this cause, the Court is of the opinion that: the Movant has established that no issue of material fact exists as to one or more essential elements each of Plaintiff's claims Therefore summary judgment is appropriate under the traditional standard of Tex R. Civ P 166a.

THEREFORE, THE COURT ORDERS, ADJUDGES and DECREES that the Defendant's Motion for Summary Judgment of the claim asserted by Plaintiff Cecilia Clinkscale is GRANTED and that Plaintiff shall take nothing on the claim, and the claim is hereby dismissed with prejudice

All relief not granted herein is denied.

RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging

Certified Document Number: 65504809 - Page 1 of 2

**IT IS SO ORDERED.**

**SIGNED** on this 10ᵗʰ day of April, 2015

_____
**JUDGE PRESIDING**

Certified Document Number: 65504809 - Page 2 of 2



I, Chris Daniel, District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date.
Witness my official hand and seal of office
this   June 24, 2015

Certified Document Number:       65504809 Total Pages:  2

Chris Daniel, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com**

4/15/2015 10:58:41 AM
Chris Daniel - District Clerk
Harris County
Envelope No: 4894926
By: HENDERSON, MARCELLA L
Filed: 4/15/2015 10:58:41 AM

**EXHIBIT 3**

CAUSE NO. 2014-35232 *A*

| | | |
|---|---|---|
| CECILIA CLINKSCALE, | § | IN THE DISTRICT COURT |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | |
| | § | |
| PAUL SCOTT, MGA INSURANCE | § | HARRIS COUNTY, TEXAS |
| COMPANY, INCORPORATED | § | |
| ("GAINSCO"), AND GAINSCO AUTO | § | |
| INSURANCE AGENCY, | § | |
| INCORPORATED, | § | |
| | § | |
| Defendants. | § | 164TH JUDICIAL DISTRICT |

*14-35232 A*

## ORDER GRANTING DEFENDANTS MGA INSURANCE COMPANY, INC., AND GAINSCO AUTO INSURANCE AGENCY, INC.'S MOTION TO SEVER

CAME ON TO BE CONSIDERED MGA INSURANCE COMPANY, INCORPORATED ("GAINSCO"), AND GAINSCO AUTO INSURANCE AGENCY, INCORPORATED'S *Motion to Sever*, in the above-styled and numbered cause of action, and this Court, having been fully advised in the premises, now finds that the said motion should be, and is hereby, GRANTED.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Court severs the Plaintiff's claims against Defendants MGA Insurance Company, Incorporated ("Gainsco"), and Gainsco Auto Insurance Agency, Incorporated and orders the clerk of court to assign a new cause number to the severed action (Cause: *14-35232 A* ), and to file certified copies of the following documents in the severed action

1    Plaintiff's Original Petition, filed on or about June 18, 2014.

2.    Civil Case Information Sheet, filed on or about June 18, 2014.

3    Motion to Proceed in Forma Pauperis, filed on or about June 18, 2014.

ORDER GRANTING MGA INSURANCE COMPANY, INC AND GAINSCO AUTO INSURANCE AGENCY'S INC 'S
MOTION TO SEVER                                                                    PAGE 1 OF 3

RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging

Certified Document Number: 65314219 - Page 1 of 3

4       Defendant MGA Insurance Company, Incorporated ("Gainsco") and Gainsco Auto Insurance Agency's Original Answer to Plaintiff's Original Petition, filed on or about June 30, 2014.

5       Plaintiff's Expert Designation, filed on or about December 12, 2014

6.      Defendant MGA Insurance Company, Incorporated ("Gainsco"), and Gainsco Auto Insurance Agency, Incorporated's Motion for Summary Judgment, filed on or about January 13, 2015

7       The State of Texas Witness Subpoena Duces Tecum Pursuant to Texas Rules of Civil Procedure 176, filed on or about March 11, 2015

8.      Plaintiff's Expert Witness Fact Witness and Legal Consultant Designation, filed on or about March 13, 2015

9       The State of Texas Witness Subpoena/Subpoena Pursuant to Texas Rules of Civil Procedure 176, filed on or about April 1, 2015.

10.     Non-Party Wesley G. Johnson's Motion to Quash Subpoena of Plaintiff Cecilia Clinkscale and Motion for Protective Order, filed on or about April 1, 2015

11      Plaintiff's Response to Defendant's Motion for Summary Judgment, filed on or about April 3, 2015.

12.     Defendants' Reply to Plaintiff Cecilia Clinkscale's Response to Defendants' Motion for Summary Judgment, filed on or about April 8, 2015.

13      Order for Interlocutory Summary Judgment, filed on or about April 10, 2015

14      Defendants MGA Insurance Company, Incorporated and Gainsco Auto Insurance Agency, Incorporated's Motion to Sever, filed on or about April 14, 2015.

15.     A copy of this Order signed by the Court on the date indicated below

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that the Court's Order, dated April 10, 2015, granting summary judgment with prejudice in favor of Defendants MGA Insurance Company, Incorporated ("Gainsco"), and Gainsco Auto Insurance Agency, Incorporated is now a final and appealable judgment disposing of all claims against Defendants MGA Insurance Company, Incorporated ("Gainsco"), and Gainsco Auto Insurance Agency, Incorporated. )

SIGNED this 17 day of April 2015

PRESIDING

Certified Document Number: 65314219 - Page 3 of 3



I, Chris Daniel, District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date.
Witness my official hand and seal of office
this   May 18, 2015

Certified Document Number:      65314219 Total Pages:  3

Chris Daniel, DISTRICT CLERK
HARRIS COUNTY, TEXAS

In accordance with Texas Government Code 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com



C Clinkscale <cclinkscale@gmail.com>

# Successful transmission to 17132253300. Re: CN: 2014 - 35232A -- Clinkscale vs. Paul Scott, MGA, MGA and GAINSCO Insurance

1 message

**NoReply@myfax.com** <NoReply@myfax.com>          Tue, Jul 14, 2015 at 10:34 PM
To: cclinkscale@gmail.com

EXHIBIT 4

Dear Cecilia,

**Re: CN: 2014 - 35232A -- Clinkscale vs. Paul Scott, MGA, MGA and GAINSCO Insurance**

The 2 page fax you sent through MyFax.com to 17132253300 was successfully transmitted at 2015-07-15 02:34:22 (GMT).

The length of transmission was 51 seconds

The receiving machine's fax ID: 7132253300

If you need assistance, please visit our online help center at http://www.myfax.com/support/. Thank you for using the MyFax service.

Best Regards,
myFax.com

**Contact Customer Support**

**Hours:** 24 hours per day, 7 days a week.
**Email:** support@myfax.com

**North America**
Toll-Free: (866) 563-9212

**UK**
Free Phone: 0808 804 0015
International: (613) 260-6325



**Reference ID:**



© 2015. All rights reserved. MyFax is a registered trademark of j2 Cloud Services, Inc. and its affiliates.
Your use of the MyFax service is subject to the terms of the MyFax Customer Agreement.



## Successful transmission to 12147129540. Re: CN: 2014 - 35232A -- Clinkscale vs. Paul Scott, MGA, MGA and GAINSCO Insurance

1 message

**NoReply@myfax.com** <NoReply@myfax.com>                     Tue, Jul 14, 2015 at 10:24 PM
To: cclinkscale@gmail.com



Dear Cecilia,

**Re: CN: 2014 - 35232A -- Clinkscale vs. Paul Scott, MGA, MGA and GAINSCO Insurance**

The 2 page fax you sent through MyFax.com to 12147129540 was successfully transmitted at 2015-07-15 02:24:02 (GMT).

The length of transmission was 39 seconds

The receiving machine's fax ID: 12147129540 1

If you need assistance, please visit our online help center at http://www.myfax.com/support/. Thank you for using the MyFax service.

Best Regards,
myFax.com



### Work from Anywhere With Cost Effective Productivity Tools

**Contact Customer Support**

**Hours:** 24 hours per day, 7 days a week.
**Email:** support@myfax.com

**North America**
Toll-Free: (866) 563-9212

**UK**
Free Phone: 0808 804 0015
International: (613) 260-6325



**Reference ID:**



© 2015. All rights reserved. MyFax is a registered trademark of j2 Cloud Services, Inc. and its affiliates.
Your use of the MyFax service is subject to the terms of the MyFax Customer Agreement.



C Clinkscale <cclinkscale@gmail.com>

## Successful transmission to 15124853501. Re: CN: 2014 - 35232A -- Clinkscale vs. Paul Scott, MGA, MGA and GAINSCO Insurance

1 message

**NoReply@myfax.com** <NoReply@myfax.com>                    Tue, Jul 14, 2015 at 10:31 PM
To: cclinkscale@gmail.com



Dear Cecilia,

**Re: CN: 2014 - 35232A -- Clinkscale vs. Paul Scott, MGA, MGA and GAINSCO Insurance**

The 2 page fax you sent through MyFax.com to 15124853501 was successfully transmitted at 2015-07-15 02:31:25 (GMT).

The length of transmission was 44 seconds

The receiving machine's fax ID:



If you need assistance, please visit our online help center at http://www.myfax.com/support/. Thank you for using the MyFax service.

Best Regards,
myFax.com

**Work**
from
**Anywhere**
With
**Cost**
**Effective**
**Productivity**
**Tools**

**Contact Customer Support**

**Hours:** 24 hours per day, 7 days a week.
**Email:** support@myfax.com

**North America**
Toll-Free: (866) 563-9212

**UK**
Free Phone: 0808 804 0015
International: (613) 260-6325



**Reference ID:**



© 2015. All rights reserved. MyFax is a registered trademark of j2 Cloud Services, Inc. and its affiliates.
Your use of the MyFax service is subject to the terms of the MyFax Customer Agreement.

CECILIA CLINKSCALE,
Appellant,

VS.

PAUL SCOTT, MGA INSURANCE
COMPANY, INCORPORATED
("GAINSCO"), AND GAINSCO AUTO
INSURANCE AGENCY, INCORPORATED,
Appellee(s).

§
§
§
§
§
§
§
§
§
§
§

IN THE FIRST DISTRICT

COURT OF APPEALS

HOUSTON, TEXAS

## ORDER

On this _____ day of _____ 2015, came on for consideration *Amended Motion For Extension Of Time To File Affidavit In Support Of Motion To Proceed In Forma Pauperis.* The Court having reviewed said *Motion* finds that it should be, and hereby is, _____.

It is so **ORDERED.**

Signed this _____ day of _____, 20 ____.

_____
JUDGE